ROBERT L. MONDELLI v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY.

October 4, 1984.

Plaintiff having inadvertently filed a petition for certification from the judgment in A–2963–82T3 in this matter, notwithstanding his right to appeal under *R.* 2:2–1(a) by virtue of the dissent in the Appellate Division, and the Court having duly considered this matter, and good cause appearing;

It is ORDERED that the Court shall consider this matter as an appeal as of right, to be argued and decided in due course.

STATE OF NEW JERSEY v. KENNETH HARDISON.

October 4, 1984.

Petitions for certification granted.

STATE OF NEW JERSEY v. JERRY JACKSON.

October 4, 1984.

Petition for certification granted.